FILED
SEP 06 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 3:23 CR 496 |
| | ) | JUDGE HELMICK |
| v. | ) | MAG JUDGE CLAY |
| | ) | CASE NO. |
| JOSHUA SCHULTZ, | ) | Title 18, United States Code, |
| MARCOS DELUCA, and | ) | Sections 922(j), 922(u), |
| ISAIAH ULIS | ) | 924(a)(2), 924(i)(1), and 924(l) |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Theft of Firearms, 18 U.S.C. § 924(l))

The Grand Jury charges:

1. On or about June 1, 2022, in the Northern District of Ohio, Western Division, Defendant JOSHUA SCHULTZ did, knowingly steal firearms, to wit:

| Number | Make | Model | Caliber | Serial Number |
|---|---|---|---|---|
| 1 | Franchi | Shotgun | 12 Gauge | Unknown |
| 2 | DMPS | AR-15 Black | Unknown | Unknown |
| 3 | Ithica | Shotgun | 20 Gauge | Partial |

said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 924(l).

COUNT 2
(Possession of Stolen Firearms, 18 U.S.C. §§ 922(j) and 924(a)(2))

The Grand Jury further charges:

2. On or about June 1, 2022, in the Northern District of Ohio, Western Division, Defendant JOSHUA SCHULTZ, knowingly received, possessed, sold, or otherwise disposed of firearms, to wit:

ORIGINAL

| Number | Make | Model | Caliber | Serial Number |
|---|---|---|---|---|
| 1 | Franchi | Pump Shotgun | 12 Gauge | Unknown |
| 2 | DMPS | AR-15 Black | Unknown | Unknown |
| 3 | Ithica | Pump Shotgun | 20 Gauge | Partial |

said firearms having been shipped and transported in interstate commerce, knowing, or having reasonable cause to believe that the firearms were stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

COUNT 3
(Theft From a Federally Licensed Firearms Dealer, 18 U.S.C. §§ 922(u) and 924(i)(1))

The Grand Jury further charges:

4. On or about June 23, 2022, in the Northern District of Ohio, Western Division, Defendant JOSHUA SCHULTZ, did knowingly steal or unlawfully take or carry away from the premises of a person who is licensed to engage in the business of importing, manufacturing, or dealing in firearms, to wit: any J & J firearm in the licensee's business inventory, those being:

| Number | Make | Model | Caliber | Serial Number |
|---|---|---|---|---|
| 1 | SDS/Tisas | 1911 A1 | 45 ACP | T062021Z29017 |
| 2 | Sig Sauer | P320 M18 | 9mm | M18A056826 |
| 3 | Glock | G43X | 9mm | BWLC014 |
| 4 | Taurus | M605 | 357 Mag | ADC086228 |
| 5 | Taurus | 856 | 38 Special | ACE962936 |
| 6 | Taurus | 856 | 38 Special | ACH148697 |
| 7 | Glock | 19 Gen 5 | 9mm | BXGF735 |
| 8 | Rock Island | M1911 A2 | 10mm | RIA2345654 |
| 9 | Walther | P22 | 22 | L230836 |
| 10 | Sig Sauer | 365XL | 9mm | 66A630561 |
| 11 | Sig Sauer | SP2022 | 9mm | 24D036754 |
| 12 | Sig Sauer | P938 | 9mm | 52E099873 |
| 13 | Kimber | Micro 9 | 9mm | PB0236943 |
| 14 | Ruger | LCR | 22 | 1543-30480 |
| 15 | Rock Island | M1911 A1 | 9mm | RIA2496931 |
| 16 | Savage | Mark 2 | 17HM2 | 0421439 |
| 17 | Century Arms | BFT47 | 7.62X39 | BFT47009635 |
| 18 | Ruger | American | 350 Legend | 690670111 |

2

said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(u) and 924(i)(1).

COUNT 4
(Possession of Stolen Firearms, 18 U.S.C. §§ 922(j) and 924(a)(2))

The Grand Jury further charges:

5. On or about June 23, 2022, in the Northern District of Ohio, Western Division, Defendant MARCOS DELUCA, knowingly received, possessed, sold, or otherwise disposed of firearms, those being:

| Number | Make | Model | Caliber | Serial Number |
|---|---|---|---|---|
| 1 | Sig Sauer | P320 M18 (Tan) | 9mm | M18A056826 |
| 2 | Ruger | LCR Black | 22 Revolver | 1543-30480 |
| 3 | Sig Sauer | P938 | 9mm | 52E099873 |
| 4 | Taurus | 856 (Silver) | 38 Spl Revolver | ACE962936 |
| 5 | Rock Island | M1911 | 10mm | RIA2345654 |
| 6 | Taurus | 856 (Black) | 38 Spl Revolver | ACH148697 |

firearms having been shipped and transported in interstate commerce, knowing, or having reasonable cause to believe that the firearms were stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

COUNT 5
(Possession of Stolen Firearms, 18 U.S.C. §§ 922(j) and 924(a)(2))

The Grand Jury further charges:

6. On or about June 23, 2022, in the Northern District of Ohio, Western Division, Defendant ISAIAH ULIS, knowingly received, possessed, sold, or otherwise disposed of firearms, those being:

| Number | Make | Model | Caliber | Serial Number |
|---|---|---|---|---|
| 1 | Taurus | 856 Black | 38 Spl Revolver | ACH148697 |
| 2 | Taurus | 605 Black | 357 Mag Revolver | ADC086228 |
| 3 | Glock | 43X | 9X19mm | BWLC014 |
| 4 | Rock Island | M1911 A2 | 9mm | RIA2496931 |

| 5 | SDS/Tisas | 1911 A1 Service | 45 caliber | T062021Z29017 |

said firearms having been shipped and transported in interstate commerce, knowing, or having reasonable cause to believe that the firearms were stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.